# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

—————————————————

STATE OF FLORIDA,

Appellant,

v.

LUKE HUGHES,

Appellee.

No. 2D2024-1975

—————————————————

October 24, 2025

Appeal from the Circuit Court for Hillsborough County; Mark D. Kiser, Judge.

James Uthmeier, Attorney General, Tallahassee, and James A. Hellickson, Assistant Attorney General, Tampa, for Appellant.

Blair Allen, Public Defender, and Tosha Cohen, Assistant Public Defender, Bartow, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and KHOUZAM, JJ., Concur.

—————————————————

Opinion subject to revision prior to official publication.